# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON GUIHN , et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>NORTHLAND THEA PORTFOLIO LLC , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:26−cv−03409−HDV−ACCV<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| Date Filed | Doc. No. | Title of Doc. |
|---|---|---|
| 3/31/2026 | 1 | Complaint |

**ERROR(S) WITH DOCUMENT:**

No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every party's first appearance. See Local Rule 7.1−1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83−7.

*Other Error(s):*

Clerk, U.S. District Court

Dated: April 6, 2026

By: /s/ *Estrella Liberato Estrella_Liberato@cacd.uscourts.gov*
Deputy Clerk