Allison Schmidt, Esq.
California Bar No. 284725
NEVADA'S LAWYERS
7250 S. Durango Dr. #130-A295
Las Vegas, NV 89113
702.900.9040
Email: allison@nevadaslawyers.com
*Attorneys for Ron Ruangtragool and Aaron Guhin*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON GUHIN, an individual and RON RUANGTRAGOOL, an individual,<br>Plaintiffs,<br><br>vs.<br><br>NORTHLAND THEA PORTFOLIO LLC, et al<br>Defendants. | Case No. 2:26-cv-03409-HDV-ACCV<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

**TO THE COURT AND ALL PARTIES OF RECORD:**

The undersigned, counsel of record for Plaintiffs **AARON GUHIN** and **RON RUANGTRAGOOL**, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTY | CONNECTION / INTEREST |
|---|---|
| Aaron Guhin | Plaintiff |
| Ron Ruangtragool | Plaintiff |
| Northland Thea Portfolio LLC | Defendant |
| Northland Thea LLC | Defendant |
| Northland Thea IV LLC | Defendant |
| Northland Thea Portfolio II, LLC | Defendant |

| PARTY | CONNECTION / INTEREST |
| --- | --- |
| Northland Thea Portfolio III, LLC | Defendant |
| Matthew Gottesdiener | Defendant; alleged CEO of Northland Thea Portfolio LLC |
| Members of the Northland Defendant LLCs (identities presently unknown) | Upstream members whose pecuniary interest in the LLC Defendants may be affected; identities within Defendants' exclusive knowledge and to be confirmed through discovery |
| Insurance carrier(s) (identity presently unknown) | Any carrier that may be liable, in whole or in part, for a judgment or cost of defense |

Plaintiffs reserve the right to amend this Certification as additional interested parties become known.

Dated: June 29, 2026

NEVADA'S LAWYERS
/s/Allison Schmidt
7250 S. Durango Dr. #130-A295
Las Vegas, NV 89113
702.900.9040
Email: allison@nevadaslawyers.com
*Attorney for Ron Ruangtragool*
*and Aaron Guhin*