AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| AARON GUHIN, an individual, and RON RUANGTRAGOOL, an individual,<br>*Plaintiff(s)*<br>v.<br>NORTHLAND THEA PORTFOLIO LLC; NORTHLAND THEA LLC; NORTHLAND THEA IV LLC; NORTHLAND THEA PORTFOLIO II, LLC; NORTHLAND THEA PORTFOLIO III, LLC; and MATTHEW GOTTESDIENER,<br>*Defendant(s)* | Civil Action No.<br>**2:26-cv-03409-HDV-ACCV** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Northland Thea LLC
c/o FileJet Inc. (designated agent for service of process)
18000 Studebaker Road, Suite 950
Cerritos, CA 90703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Allison R. Schmidt, Esq. (CA Bar No. 284725)
NEVADA'S LAWYERS
7250 S. Durango Dr., Suite 130-A295
Las Vegas, NV 89113
702.900.9040
allison@nevadaslawyers.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) ____________________________________________ was received by me on (date) ________________.

☐ I personally served the summons on the individual at (place) ________________________________________ on (date) ____________; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _______________________________ , a person of suitable age and discretion who resides there, on (date) ____________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _________________________________________ , who is designated by law to accept service of process on behalf of (name of organization) _________________________________________ on (date) ____________ ; or

☐ I returned the summons unexecuted because ________________________________________________________ ; or

☐ Other (specify): ________________________________________________________________________________.

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________________________

____________________________________
*Server's signature*

____________________________________
*Printed name and title*

____________________________________
*Server's address*

Additional information regarding attempted service, etc: