AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Aaron Guihn, et al.,

*Plaintiff(s)*

v.

Northland Thea Portfolio LLC, et al.

*Defendant(s)*

Civil Action No. 2:26-cv-03409-HDV-ACCV

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ________________

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:26-cv-03409-HDV-ACCV

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Northland Thea IV LLC,LLC,Portfolio II,Portfolio III,Portfolio LL

was received by me on *(date)* 08/28/2026 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Moises Cardoso-registered agent , who is designated by law to accept service of process on behalf of *(name of organization)* Northland Thea IV,LLC,Portfolio II,Portfolio III,Portfolio LLC on *(date)* 08/28/2026 ; or

❒ I returned the summons unexecuted because ______ ; or

❒ Other *(specify)*:

My fees are $ 0.00 for travel and $ 255.00 for services, for a total of $ 255.00 .

I declare under penalty of perjury that this information is true.

Date: 08/28/2026

[signature]

*Server's signature*

Corina Salgado CA Registered Process Server

*Printed name and title*

6709 Washington Avenue #183 Whittier CA 90608
Los Angeles County #2022275410
(562)306-3558

*Server's address*

Additional information regarding attempted service, etc:

Moises Cardoso, authroized employee of FILEJET INC., registered agent for service of process. Served at 18000 Studebaker Road,Suite 950 Cerritos CA 90703 at 2:53 p.m. on 08/28/2026

Document titles:

Summons of Northland Thea IV LLC and Complaint, Summons of Northland Thea Portfolio LLC and Complaint

Summons of Northland Thea LLC and Complaint

Summons of Northland Thea Portfolio II, and Complaint

Summons of Northland Thea Portfolio III, and Complaint

Print Save As... Reset