Name and address:
Ron I. Ruangtragool, SBN 343246 | Sila Law APC
113 N. San Vicente Blvd., Ste. 381
Beverly Hills, CA 90211 | ron@sila.law
Tel: 213-549-8207 | Fax: 213-205-1857

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

AARON GUIHN, et al.

Plaintiff(s),

v.

NORTHLAND THEA PORTFOLIO LLC, et al.

Defendant(s),

CASE NUMBER

2:26-cv-03409-HDV-ACCV

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $450 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* ***Out-of-state federal government attorneys are not required to pay the $450 fee.*** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Cline, Diana S.
*Applicant's Name (Last Name, First Name & Middle Initial)* — *check here if federal government attorney* ☐

Cline Legal Solutions LLC
*Firm/Agency Name*

7625 Dean Martin Drive, Suite 115
*Street Address*

(702) 721-9434
*Telephone Number*

*Fax Number*

Las Vegas, NV 89139
*City, State, Zip Code*

diana@clinelegalnv.com
*E-mail Address*

**I have been retained to represent the following parties:**

| Name(s) of Party(ies) Represented | | | |
|---|---|---|---|
| Aaron Guhin | ■ Plaintiff(s) | ☐ Defendant(s) | ☐ Other: |
| Ron Ruangtragool | ■ Plaintiff(s) | ☐ Defendant(s) | ☐ Other: |

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Supreme Court of Nevada | 10/16/2007 | Yes |
| Supreme Court of Hawaii | 11/09/2023 | Yes |
| Supreme Court of Oregon | 06/13/2024 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| *Case Number* | *Title of Action* | *Date of Application* | *Granted / Denied?* |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated September 15, 2026

Diana S. Cline
*Applicant's Name (please type or print)*

Diana S. Cline
*Applicant's Signature*

**SECTION III - DESIGNATION OF LOCAL COUNSEL**

Ruangtragool, Ron I.

*Designee's Name (Last Name, First Name & Middle Initial)*

Sila Law APC

*Firm/Agency Name*

113 N. San Vicente Blvd.
Ste 381

*Street Address*

Beverly Hills, CA 90211

*City, State, Zip Code*

213-549-8207

*Telephone Number*

213-205-1857

*Fax Number*

ron@sila.law

*Email Address*

343246

*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated 9/15/26

Ron I. Ruangtragool

*Designee's Name (please type or print)*

*Designee's Signature*

**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**

Section I, additional courts (all active, good standing): U.S. District Court, District of Nevada (2007); U.S. District Court, District of Hawaii (November 9, 2023); U.S. Court of Appeals for the Ninth Circuit (2009); Supreme Court of the United States (2016). State bar numbers: Nevada 10580; Hawaii 011805; Oregon 242044.

Local Counsel Ron I. Ruangtragool is a named Plaintiff in this action. Co-Plaintiff Aaron Guhin has given informed written consent to his concurrent representation and service as a witness. Both Plaintiffs have given written consent to the division of fees between Cline Legal Solutions LLC and Sila Law APC. Applicant will act as trial counsel if admitted.

# STATE BAR OF NEVADA

3100 W. Charleston Blvd.
Suite 100
Las Vegas, NV 89102
phone 702.382.2200
toll free 800.254.2797
fax 702.382.2075

9456 Double R Blvd., Ste. B
Reno, NV 89521-5977
phone 775.329.4100
fax 775.329.0522

www.nvbar.org

## CERTIFICATE OF STANDING

**Issue Date:** 9/3/2026

**Attorney Name:** Diana Samalaulu Cline

**Nevada Bar Number:** 10580

**License Type:** ATTORNEY

**License Status:** Active

**Admit/Certification Date:** 10/16/2007

To Whom It May Concern:

The State Bar of Nevada records indicate that the attorney named above was admitted or certified to practice in the State of Nevada and is in good standing as of the issue date.

If the attorney's License Type is NMATTORNEY (non-member attorney), they were certified to practice pursuant to Nevada Supreme Court Rule 49.1 'Limited practice certification for certain attorneys'. Refer to License Status for the subsection.

This certification expires 30 days from the issue date unless sooner revoked or rendered invalid by operation of rule or law.

Questions may be directed to memberservices@nvbar.org.

Mary Jorgensen
Member Services Director

No.2026 -10706921

verify by email at memberservices@nvbar.org

# IN THE SUPREME COURT OF HAWAIʻI

In the Matter of

**DIANA SAMALAULU CLINE**

..................................................................

Attorney at Law.

## CERTIFICATE OF STANDING

I, Kristy T. Uemura, clerk of the Supreme Court of the State of Hawaiʻi, do hereby certify that **Diana Samalaulu Cline** is an attorney and was admitted to practice as an attorney, counselor and solicitor in all the courts of the State of Hawaiʻi on November 9, 2023. This attorney's current status is active and they are presently in good standing.

DATED: Honolulu, Hawaiʻi, September 11, 2026.

Kristy T. Uemura

..................................................................

Clerk, Supreme Court of Hawaiʻi

Oregon State Bar

# Certificate of Good Standing

I, Sarra Yamin, do hereby certify that I am Regulatory Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

**DIANA S. CLINE, BAR NO. 242044**

was admitted to practice law in the State of Oregon by Comity and became an Active licensee of the Oregon State Bar on June 13, 2024.

There are no grievances or disciplinary proceedings presently pending against this licensee.

No disciplinary action has been taken against this licensee in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Ms. Cline is an Active licensee of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 8th day of September 2026.

Sarra Yamin
Regulatory Counsel

Kerri Deegan

____________________________________
Kerri Deegan, Authorized Representative

*This certificate expires 60 days from the date of issuance*