Ron I. Ruangtragool, SBN 343246 | Sila Law APC
113 N. San Vicente Blvd., Ste. 381
Beverly Hills, CA 90211 | ron@sila.law
Tel: 213-549-8207 | Fax: 213-205-1857

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

AARON GUIHN, et al.

Plaintiff(s)

v.

NORTHLAND THEA PORTFOLIO LLC, et al.

Defendant(s).

CASE NUMBER
2:26-cv-03409-HDV-ACCV

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Cline, Diana S.
*Applicant's Name (Last Name, First Name & Middle Initial*

(702) 721-9434
*Telephone Number*

*Fax Number*

diana@clinelegalnv.com
*E-Mail Address*

of

Cline Legal Solutions LLC
7625 Dean Martin Drive, Suite 115
Las Vegas, NV 89139
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Aaron Guhin and Ron Ruangtragool

*Name(s) of Party(ies) Represent* ☒ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* ______

**and designating as Local Counsel**

Ruangtragool, Ron I.
*Designee's Name (Last Name, First Name & Middle Initial*

343246
*Designee's Cal. Bar No.*

213-549-8207
*Telephone Number*

213-205-1857
*Fax Number*

ron@sila.law
*E-Mail Address*

of

Sila Law APC
113 N. San Vicente Blvd., Suite 381
Beverly Hills, CA 90211
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐GRANTED
☐DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because ______

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** ____________________

______________________________
**U.S. District Judge/U.S. Magistrate Judge**