Diana S. Cline, Esq.
Cline Legal Solutions LLC
7625 Dean Martin Drive Suite 115
Las Vegas, NV 89139
702-721-9434
Email: diana@clinelegalnv.com
PRO HAC VICE

Ron Im Ruangtragool, Esq.
Sila Law APC
113 N San Vicente Blvd, Ste 381
Beverly Hills, CA 90211
888-807-2550
Email: ron@sila.law
Local Counsel

Attorneys for Plaintiffs AARON GUHIN and RON RUANGTRAGOOL

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AARON GUHIN, an individual, and RON RUANGTRAGOOL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHLAND THEA PORTFOLIO LLC, NORTHLAND THEA LLC, NORTHLAND THEA IV LLC, NORTHLAND THEA PORTFOLIO II, LLC, NORTHLAND THEA PORTFOLIO III, LLC, and MATTHEW GOTTESDIENER,<br><br>Defendants. | Case No.: 2:26-cv-03409-HDV-ACCV<br>District Judge: Hon. Hernan D. Vera<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: August 28, 2026 and September 1, 2026<br>Current Response Date: September 18, 2026 and September 22, 2026<br>New Response Date: October 19, 2026<br><br>[*Filed concurrently with Declaration of Diana S. Cline; [Proposed] Order*] |

Plaintiffs **AARON GUHIN** and **RON RUANGTRAGOOL** ("Plaintiffs"), and Defendants **NORTHLAND THEA PORTFOLIO LLC**,

**NORTHLAND THEA LLC**, **NORTHLAND THEA IV LLC**, **NORTHLAND THEA PORTFOLIO II, LLC**, **NORTHLAND THEA PORTFOLIO III, LLC**, ("Northland Defendants") and **MATTHEW GOTTESDIENER** (collectively, "Defendants," and together with Plaintiffs, "the Parties"), by and through their attorneys, hereby jointly agree and stipulate as follows:

WHEREAS Plaintiffs filed a Complaint on March 30, 2026, against Defendants in the Central District of California in the United States District Court (Case No.: 2:26-cv-03409-HDV-ACCV) ("Action").

WHEREAS on August 28, 2026, Plaintiffs served the Complaint on the Northland Defendants.

WHEREAS, on September 1, 2026, Plaintiffs served the Complaint on Defendant Matthew Gottesdiener.

WHEREAS, the deadline for Defendants to file a response to the Complaint was originally September 18, 2026 and September 22, 2026, respectively.

WHEREAS, on September 17, 2026, counsel for the Parties met and conferred by telephone, and on September 18, 2026, the Parties agreed in writing to stipulate to an extension of time to respond to the Complaint under Local Rule 8-3. (Declaration of Diana S. Cline ("Cline Decl.") ¶¶ 9–10.) This is the first request to extend Defendants' time to respond to the Complaint. (Id. ¶ 5.)

WHEREAS, pursuant to Local Rule 8-3, the Parties may stipulate without the Court's approval to extend the deadline for Defendants to respond to the Complaint by a cumulative total of not more than thirty (30) days; because the thirtieth day, October 18, 2026, falls on a Sunday, the extended deadline is Monday, October 19, 2026 (see Fed. R. Civ. P. 6(a)(1)(C)), and to the extent the Court's approval is required, the Parties respectfully request it.

WHEREAS, on September 11, 2026, Defendants' counsel initiated a meet and confer by letter to Plaintiffs' counsel regarding alleged deficiencies in

Plaintiffs' Complaint and Defendants' intent to file a motion to dismiss the Complaint under Fed. R. Civ. P. 12(b)(5), or in the alternative Fed. R. Civ. P. 12(b)(6), due to those deficiencies, and counsel further conferred by telephone on September 17, 2026. (Cline Decl. ¶¶ 6–10.)

WHEREAS, the Parties are scheduled to hold a further telephonic conference the week of September 21, 2026, to further discuss the deficiencies with the Complaint identified by Defendants. (Cline Decl. ¶ 11.)

IT IS HEREBY STIPULATED by and among the Parties that the deadline

///

////

for Defendants to respond to the Complaint be extended from September 18, 2026 (Northland Defendants) and September 22, 2026 (Defendant Gottesdiener), to October 19, 2026.

Respectfully submitted,

Dated: September 21, 2026

**CLINE LEGAL SOLUTIONS LLC**

By: */s/ Diana S. Cline*
DIANA S. CLINE, ESQ.

*Attorney for Plaintiffs*
AARON GUHIN and
RON RUANGTRAGOOL

Dated: September 21, 2026

**FREEMAN MATHIS & GARY, LLP**

By: */s/ Kevin I. Kilroy*
WILLIAM A. MUNOZ
KEVIN I. KILROY
*Attorneys for Defendants*
NORTHLAND THEA PORTFOLIO LLC, NORTHLAND THEA LLC, NORTHLAND THEA IV LLC, NORTHLAND THEA PORTFOLIO II, LLC, NORTHLAND THEA PORTFOLIO III, LLC, and MATTHEW GOTTESDIENER

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Diana S. Cline
DIANA S. CLINE, ESQ.

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2026, I electronically filed the foregoing document — Stipulation to Extend Time to Respond to Initial Complaint by Not More Than 30 Days (L.R. 8-3), Declaration of Diana S. Cline, and [Proposed] Order — with the Clerk of the Court using the CM/ECF system, and that service will be accomplished by the CM/ECF system to all registered participants. [Defendants' counsel have not appeared on the CM/ECF docket and will not receive a Notice of Electronic Filing. Add service by U.S. Mail (Fed. R. Civ. P. 5(b)(2)(C)) or by email with written consent (Fed. R. Civ. P. 5(b)(2)(E)).]

| | |
|---|---|
| William A. Munoz<br>Kevin I. Kilroy<br>**FREEMAN MATHIS & GARY LLP**<br>550 S. HOPE STREET, 22ND FLOOR<br>LOS ANGELES, CA 90071<br>TEL. 213-615-7000<br><br>***Attorneys for Defendants***<br>NORTHLAND THEA PORTFOLIO LLC, NORTHLAND THEA LLC, NORTHLAND THEA IV LLC, NORTHLAND THEA PORTFOLIO II, LLC, NORTHLAND THEA PORTFOLIO III, LLC, and MATTHEW GOTTESDIENER | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court whose direction the service was made.

Executed on September 21, 2026.

*/s/ Diana S. Cline*
Diana S. Cline