ALLISON SCHMIDT, ESQ.
California Bar No. 284725
**NEVADA'S LAWYERS**
7250 S. Durango Dr. Suite 130-A295
Las Vegas, Nevada 89113
(702) 900-9040
allison@nevadaslawyers.com
*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AARON GUHIN and RON RUANGTRAGOOL,<br>Plaintiff,<br>v.<br>NORTHLAND THEA PORTFOLIO, LLC, ET AL,<br>Defendants | Case No.: 2:26-CV-03409-HDV-ACCV<br><br>**NOTICE OF LODGING** |

PLEASE TAKE NOTICE that plaintiffs have lodges a proposed order granting attorney ALLISON R. SCHMIDT'S motion to withdraw as counsel. The Proposed Order is attached hereto.

DATED this 23 day of September, 2026

NEVADA'S LAWYERS

*s/ Allison R. Schmidt*
Allison R. Schmidt, Esq.
California Bar No. 284725
702.900.9040
Allison@nevadaslawyers.com
***Attorney for Plaintiffs***