# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aaron Guhin and Ron Ruangtragool<br>Plaintiff(s)<br>v.<br>NORTHLAND THEA PORTFOLIO, LLC<br>Defendant(s) | CASE NUMBER<br>2:26-CV-03409-HDV-ACCV<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

☐ The Court hereby orders that the request of:

______________________ ☐ Plaintiff ☐ Defendant ☐ Other ______________
*Name of Party*

☐ to substitute ________________________________ who is

☐ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

______________________________________________
*Street Address*

______________________ ______________________
*City, State, Zip* *E-Mail Address*

______________ ______________ ______________
*Telephone Number* *Fax Number* *State Bar Number*

as attorney of record instead of ______________________________
*List **all** attorneys from same firm or agency who are withdrawing.*

______________________________________________

______________________________________________

**is hereby** ☐ **GRANTED** ☐ **DENIED**

☒ The Court hereby orders that the request of Allison R. Schmidt
*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for Aaron Guhin and Ron Ruangtragool

**is hereby** ☒ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated ______________________

______________________________
U. S. District Judge/U.S. Magistrate Judge