UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | 2:26-cv-03409-HDV-ACCV | Date | 9/24/2026 |
|---|---|---|---|
| Title | *Aaron Guihn, et al., v. Northland Thea Portfolio LLC, et al.* | | |

| Present: The Honorable | Hernán D. Vera, United States District Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

Plaintiff is ordered to show cause, in writing, no later than **five days,** as to why the Request to Withdraw as Attorney [Dkt. 28] should be granted in light of the fact that the other named counsel on behalf of Plaintiffs is appearing pro hac vice, and the local counsel is also a Plaintiff in the case. Thus, there does not appear to be another attorney of record who is a member of the Bar of this Court as represented in the Request to Withdraw.

No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 715. Failure to respond to the Order to Show Cause will result in the denial of the request.

**IT IS SO ORDERED.**