Ron Im Ruangtragool Esq [SBN 343246]
ron@sila.law
**SILA LAW APC**
113 N San Vicente Blvd, Ste 381
Beverly Hills, CA 90211
213-549-8207
Attorneys for Plaintiffs AARON GUHIN and RON RUANGTRAGOOL

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AARON GUHIN, et al.,<br><br>Plaintiffs,<br>vs.<br>NORTHLAND THEA PORTFOLIO LLC, et al.,<br>Defendants. | Case No.: 2:26-cv-03409-HDV-ACC<br>**RESPONSE TO ORDER TO SHOW CAUSE (DKT. 31)**<br><br>Hon. Hernan D. Vera,<br>District Judge |

Plaintiffs Aaron Guhin and Ron Ruangtragool submit this written response to the Court's September 24, 2026 Minute Order to Show Cause (Dkt. 31) regarding the Request of Allison R. Schmidt to Withdraw as Attorney (Dkt. 28).

1. On September 18, 2026, the Request of Allison R. Schmidt to Withdraw as Attorney was filed as Dkt. 28. The CM/ECF notice identifies Aaron Guhin and Ron Ruangtragool as the filers.

2. On September 23, 2026, a Notice of Lodging and proposed order concerning Dkt. 28 were filed as Dkt. 30.

3. On September 24, 2026, the Court ordered a written showing of cause as to why Dkt. 28 should be granted, noting that the other named counsel appears pro hac vice

and that local counsel is also a plaintiff, and directing Plaintiffs to address which attorney of record — a member of the Bar of this Court — will remain.

4. Plaintiffs acknowledge the Court's concern and address it directly below.

5. The Request states that no new counsel is necessary because Plaintiffs will continue to be represented by another attorney who has already entered an appearance as counsel of record for Plaintiffs and is a member in good standing of the Bar of this Court [Dkt. 28 at 2]. Both Plaintiffs — Aaron Guhin and Ron Ruangtragool — signed the Request on September 16, 2026, consenting to Ms. Schmidt's withdrawal [Dkt. 28 at 2–3].

6. Ron Ruangtragool is a member in good standing of the Bar of this Court, is counsel of record for Plaintiffs Aaron Guhin and Ron Ruangtragool, serves as associated local counsel for Diana S. Cline's pro hac vice admission, and will remain as counsel of record upon Allison R. Schmidt's withdrawal. Both Plaintiffs will therefore remain represented by counsel of record.

7. Based on the foregoing, Plaintiffs respectfully request that the Court discharge the Order to Show Cause and grant the Request to Withdraw.

Dated: September 29, 2026

**SILA LAW APC**

By: /s/ Ron Im Ruangtragool_
Ron Im Ruangtragool Esq [SBN:343246]
Attorneys for Plaintiffs
Aaron Guhin and Ron Ruangtragool