Diana S. Cline, Esq.
Nevada Bar No. 10580 (admitted pro hac vice, Dkt. 27)
Cline Legal Solutions LLC
7625 Dean Martin Drive Suite 115
Las Vegas, NV 89139
702-721-9434
Email: diana@clinelegalnv.com
PRO HAC VICE

Ron Im Ruangtragool
California Bar No. 343246
Sila Law APC
113 N San Vicente Blvd, Ste 381
Beverly Hills, CA 90211
888-807-2550
Email: ron@sila.law
Local Counsel

Attorneys for Plaintiffs AARON GUHIN and RON RUANGTRAGOOL

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

AARON GUHIN and RON RUANGTRAGOOL,

Plaintiffs,

v.

NORTHLAND THEA PORTFOLIO LLC; NORTHLAND THEA LLC; NORTHLAND THEA PORTFOLIO II, LLC; NORTHLAND THEA PORTFOLIO III, LLC; NORTHLAND THEA IV LLC; NORTHLAND INVESTMENT CORPORATION; GREYSTAR CALIFORNIA, INC.; GREYSTAR REAL ESTATE PARTNERS, LLC; GREYSTAR MANAGEMENT SERVICES, LLC; and MATTHEW GOTTESDIENER,

Defendants.

Case No.: 2:26-cv-03409-HDV-ACCV
District Judge: Hon. Hernan D. Vera

**PLAINTIFFS' REQUEST FOR CLERK TO ISSUE SUMMONS ON FIRST AMENDED COMPLAINT**

*[Fed. R. Civ. P. 4(b)]*
FAC Filed: October 19, 2026 (Dkt. 33)

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

Plaintiffs Aaron Guhin and Ron Ruangtragool request that the Clerk issue a summons on the First Amended Complaint for Damages and Related Relief, filed October 19, 2026 (Dkt. 33), as to each of the following Defendants, who are named for the first time in that pleading. A completed summons (Form AO 440) for each Defendant is attached as Exhibits A through D. Fed. R. Civ. P. 4(b).

| **Ex.** | **Defendant** | **Address for service (Fed. R. Civ. P. 4(h)(1))** |
|---|---|---|
| A | NORTHLAND INVESTMENT CORPORATION, a Massachusetts corporation | c/o FileJet Inc., Agent for Service of Process, 18000 Studebaker Road, Suite 950, Cerritos, CA 90703 |
| B | GREYSTAR CALIFORNIA, INC., a Delaware corporation | c/o C T Corporation System, Agent for Service of Process, 330 North Brand Boulevard, Suite 700, Glendale, CA 91203 |
| C | GREYSTAR REAL ESTATE PARTNERS, LLC, a Delaware limited liability company | c/o C T Corporation System, Agent for Service of Process, 330 North Brand Boulevard, Suite 700, Glendale, CA 91203 |
| D | GREYSTAR MANAGEMENT SERVICES, LLC, a Delaware limited liability company | c/o C T Corporation System, Agent for Service of Process, 330 North Brand Boulevard, Suite 700, Glendale, CA 91203 |

Summonses previously issued on the original Complaint for the remaining Defendants (Dkts. 11, 18–22) are not affected by this request.

Respectfully submitted,

Dated: October 26, 2026

**CLINE LEGAL SOLUTIONS LLC**

By: */s/ Diana S. Cline*
DIANA S. CLINE, ESQ.
*Attorney for Plaintiffs*
AARON GUHIN and
RON RUANGTRAGOOL