Diana S. Cline, Esq.
Email: diana@clinelegalnv.com
Nevada Bar No. 10580
(admitted pro hac vice, Dkt. 27)
Cline Legal Solutions LLC
7625 Dean Martin Drive Suite 115
Las Vegas, NV 89139
702-721-9434
PRO HAC VICE

Ron Im Ruangtragool
Email: ron@sila.law
California Bar No. 343246
Sila Law APC
113 N San Vicente Blvd, Ste 381
Beverly Hills, CA 90211
888-807-2550
Local Counsel

Attorneys for Plaintiffs AARON GUHIN and RON RUANGTRAGOOL

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

AARON GUHIN, et al.,

Plaintiffs,

v.

NORTHLAND THEA PORTFOLIO LLC, et al.,

Defendants.

Case No.: 2:26-cv-03409-HDV-ACCV
District Judge: Hon. Hernan D. Vera

**PLAINTIFFS' CORRECTED REQUEST FOR CLERK TO ISSUE SUMMONS ON FIRST AMENDED COMPLAINT**

*[Fed. R. Civ. P. 4(b)]*
FAC Filed: October 19, 2026 (Dkt. 33)

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

Plaintiffs Aaron Guhin and Ron Ruangtragool request that the Clerk issue a summons on the First Amended Complaint for Damages and Related Relief, filed October 19, 2026 (Dkt. 33), as to each of the following Defendants, who are named for the first time in that pleading. A completed summons (Form AO 440) for each Defendant is attached as Exhibits A through D. Fed. R. Civ. P. 4(b).

This corrected request replaces Plaintiffs' requests filed October 26, 2026 (Dkts. 35, 37) and responds to the Notices to Filer of Deficiencies (Dkts. 36, 38). Each summons now (1) states the Plaintiffs and Defendants exactly as they appear in the caption of the First Amended Complaint, (2) names the Defendant in the "To:" section exactly as it appears in that caption, (3) is titled "Summons in a Civil Action on the First Amended Complaint," and (4) attaches the caption page of the First Amended Complaint (Dkt. 33 at 1).

The Defendants and their addresses for service (Fed. R. Civ. P. 4(h)(1)) are:

Exhibit A: NORTHLAND INVESTMENT CORPORATION, c/o FileJet Inc., Agent for Service of Process, 18000 Studebaker Road, Suite 950, Cerritos, CA 90703.

Exhibit B: GREYSTAR CALIFORNIA, INC., c/o C T Corporation System, Agent for Service of Process, 330 North Brand Boulevard, Suite 700, Glendale, CA 91203.

Exhibit C: GREYSTAR REAL ESTATE PARTNERS, LLC, c/o C T Corporation System, Agent for Service of Process, 330 North Brand Boulevard, Suite 700, Glendale, CA 91203.

Exhibit D: GREYSTAR MANAGEMENT SERVICES, LLC, c/o C T Corporation System, Agent for Service of Process, 330 North Brand Boulevard, Suite 700, Glendale, CA 91203.

Summonses previously issued on the original Complaint for the remaining Defendants (Dkts. 11, 18–22) are not affected by this request.

Respectfully submitted,

Dated: October 27, 2026

**CLINE LEGAL SOLUTIONS LLC**

By: <u>*/s/ Diana S. Cline*</u>
DIANA S. CLINE, ESQ.
*Attorney for Plaintiffs*
AARON GUHIN and
RON RUANGTRAGOOL