**FREEMAN MATHIS & GARY, LLP**
William A. Munoz (SBN 191649)
Bill.Munoz@fmglaw.com
2281 Lava Ridge Court, Suite 130
Roseville, California 95661
(916) 272-1423; FAX (833) 297-6235

KEVIN I. KILROY (SBN 350730)
Kevin.Kilroy@fmglaw.com
550 South Hope Street, Suite 2200
Los Angeles, California 90071-2627
(213) 615-7000; FAX (833) 264-2083

*Attorneys for Defendant*
NORTHLAND THEA PORTFOLIO LLC, NORTHLAND THEA LLC, NORTHLAND THEA IV LLC, NORTHLAND THEA PORTFOLIO II, LLC, NORTHLAND THEA PORTFOLIO III, LLC, and MATTHEW GOTTESDIENER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| AARON GUIHN, an individual, and RON RUANGTRAGOOL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHLAND THEA PORTFOLIO LLC, NORTHLAND THEA LLC, NORTHLAND THEA IV LLC, NORTHLAND THEA PORTFOLIO II, LLC, NORTHLAND THEA PORTFOLIO III, LLC, and MATTHEW GOTTESDIENER,<br><br>Defendants. | Case No. 2:26-cv-03409-HDV-ACCV<br>Assigned to: *Hon. Hernan D. Vera*<br><br>**DEFENDANTS' NOTICE OF MOTION TO DISMISS PROTIONS OF PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>*(Filed concurrently with Motion to Dismiss Portions of Plaintiffs' Complaint; Declaration of Kevin I. Kilroy)*<br><br>Date: December 17, 2026<br>Time: 10:00 a.m.<br>Ctrm: 5B<br><br>Complaint Filed: March 30, 2026<br>Trial Date: None |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 17, 2026, at 10:00 a.m., or as

soon as this matter may be heard by the above-entitled Court, located at Felicitas and Gonzalo Mendez United States Courthouse, 350 W 1st Street, Los Angeles, Courtroom 5B, 5th Floor, Defendants NORTHLAND THEA PORTFOLIO LLC, NORTHLAND THEA LLC, NORTHLAND THEA IV LLC, NORTHLAND THEA PORTFOLIO II, LLC, NORTHLAND THEA PORTFOLIO III, LLC, and MATTHEW GOTTESDIENER ("Moving Defendants"), shall and hereby does, move this Court, pursuant to Rules 12(b)(1), 12(b)(5) and 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing Plaintiffs AARON GUHIN and RON RUANGTRAGOOL's Complaint in its entirety.

This Motion is made on the following grounds: (1) no subject matter jurisdiction exists; (2) Plaintiffs failed to properly serve Defendants under FRCP Rule 4 and Local Rule 5-3; and (3) Plaintiffs fail to sufficiently plead allegations to support any claims against Defendant Matthew Gottesdiener.

Pursuant to Local Rule 7-3, Defendants met and conferred with Plaintiffs on the subject of the motion but were unwilling to reach a resolution. Accordingly, the Court's relief is necessary.

This Motion is based upon this Notice of Motion, the supporting Memorandum of Points and Authorities, Declaration of Kevin I. Kilroy filed herewith, all exhibits submitted in connection with this Motion, all pleadings and papers on file in this action, and all additional evidence and oral argument that the Court may receive at or before the hearing on this Motion.

///

///

///

///

///

///

///

Respectfully submitted,

Dated: November 2, 2026

**FREEMAN MATHIS & GARY, LLP**

By: ______________________

WILLIAM A. MUNOZ
KEVIN I. KILROY
*Attorneys for Defendants*
NORTHLAND THEA PORTFOLIO LLC, NORTHLAND THEA LLC, NORTHLAND THEA IV LLC, NORTHLAND THEA PORTFOLIO II, LLC, NORTHLAND THEA PORTFOLIO III, LLC, and MATTHEW GOTTESDIENER

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF PLACER**

I am employed in the County of Placer, State of California. I am over the age of 18 and not a party to the within action; my business address is 2281 Lava Ridge Court, Roseville, CA 95661, and my electronic service address is lizzett.landa@fmglaw.com.

On November 2, 2026, I served the foregoing document(s) entitled **DEFENDANTS' NOTICE OF MOTION TO DISMISS PROTIONS OF PLAINTIFF'S FIRST AMENDED COMPLAINT**

on interested parties in this action as follows:

| | |
|---|---|
| Diana S. Cline<br>CLINE LEGAL SOLUTIONS<br>7625 Dean Martin Drive, Suite 115<br>Las Vegas, VA 89139<br>T:702-721-434<br>diana@clinelegalnv.com | |
| Ron Im Ruangtragool<br>SILA LAWE APC<br>113 n San Vicente Blvd, Suite 381<br>Beverly Hill, CA 90211<br>T:8880807.2550<br>ron@sila.law | Attorneys for AARON GUHIN and RON RUANGTRAGOOL |
| Allison Schmidt<br>NEVADA'S LAWYERS<br>7250 S. Durando Dr. #130-A295<br>Las Vegas, CA 89113<br>T: 702.900.9040<br>allison@nevadaslawyers.com | Attorneys for AARON GUHIN and RON RUANGTRAGOOL |

☒ **(BY ELECTRONIC SERVICE)**: Based on a court order or an agreement of the parties to accept electronic service, by transmitting a true and correct copy of the foregoing document(s) to be sent to the persons at the electronic service addresses set forth above.

☒ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 2, 2026, at Roseville, California.

Lizzett Landa