**FREEMAN MATHIS & GARY, LLP**
William A. Munoz (SBN 191649)
Bill.Munoz@fmglaw.com
2281 Lava Ridge Court, Suite 130
Roseville, California 95661
(916) 272-1423; FAX (833) 297-6235

KEVIN I. KILROY (SBN 350730)
Kevin.Kilroy@fmglaw.com
550 South Hope Street, Suite 2200
Los Angeles, California 90071-2627
(213) 615-7000; FAX (833) 264-2083

*Attorneys for Defendant*
NORTHLAND THEA PORTFOLIO LLC, NORTHLAND THEA LLC, NORTHLAND THEA IV LLC, NORTHLAND THEA PORTFOLIO II, LLC, NORTHLAND THEA PORTFOLIO III, LLC, and MATTHEW GOTTESDIENER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| AARON GUIHN, an individual, and RON RUANGTRAGOOL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHLAND THEA PORTFOLIO LLC, NORTHLAND THEA LLC, NORTHLAND THEA IV LLC, NORTHLAND THEA PORTFOLIO II, LLC, NORTHLAND THEA PORTFOLIO III, LLC, and MATTHEW GOTTESDIENER,<br><br>Defendants. | Case No. 2:26-cv-03409-HDV-ACCV<br>Assigned to: *Hon. Hernan D. Vera*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>*(Filed concurrently with Notice of Motion; Memorandum of points and Authorities; Declaration of Kevin I. Kilroy)*<br><br>Date: December 17, 2026<br>Time: 10:00 a.m.<br>Ctrm: 5B<br><br>Complaint Filed: March 30, 2026<br>Trial Date: None |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 17, 2026, at 10:00 a.m., the Motion of Defendants NORTHLAND THEA PORTFOLIO LLC, NORTHLAND THEA LLC, NORTHLAND THEA IV LLC, NORTHLAND THEA PORTFOLIO II, LLC, NORTHLAND

THEA PORTFOLIO III, LLC, and MATTHEW GOTTESDIENER (collectively, "Moving Defendants") to Dismiss Plaintiffs' Complaint (the "Motion") came on regularly for hearing before this Court, located at Felicitas and Gonzalo Mendez United States Courthouse, 350 W 1st Street, Los Angeles, Courtroom 5B, 5th Floor. Having considered the Motion, the concurrently filed Declaration of Counsel, all papers filed in support of and in opposition to the Motion, the arguments of counsel, and all other matters properly before the Court, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. Moving Defendants' Motion to Dismiss Plaintiffs' Complaint is GRANTED.

2. Pursuant to Federal Rules of Civil Procedure 12(b)(1), Plaintiffs' FAC is DISMISSED WITHOUT PREJUDICE as to the Northland Defendants for failure to identify the citizenship of LLC members.

3. Pursuant to Federal Rules of Civil Procedure 12(b)(1), Plaintiffs' FAC is DISMISSED WITH PREJUDICE as to Plaintiffs' FAC for failure to timely plead allegations giving rise to Federal Question Jurisdiction.

4. Pursuant to Federal Rules of Civil Procedure 12(b)(6), Plaintiffs' FAC is DISMISSED WITH PREJUDICE as to Defendant Matthew Gottesdiener.

5. Pursuant to Federal Rules of Civil Procedure 12(b)(5) and 4(m), the FAC is DISMISSED for insufficient service of process.

6. Plaintiffs shall have leave to amend only as to any claim not dismissed with prejudice, and shall file any amended pleading within ______ days of the date of this Order; failing which, the dismissal shall be with prejudice.

**IT IS SO ORDERED.**

DATED: ___________________, 2026 ____________________________________

Hon. Hernan D. Vera

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF PLACER**

I am employed in the County of Placer, State of California. I am over the age of 18 and not a party to the within action; my business address is 2281 Lava Ridge Court, Roseville, CA 95661, and my electronic service address is lizzett.landa@fmglaw.com.

On November 2, 2026, I served the foregoing document(s) entitled: **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

on interested parties in this action as follows:

| | |
|---|---|
| Diana S. Cline<br>CLINE LEGAL SOLUTIONS<br>7625 Dean Martin Drive, Suite 115<br>Las Vegas, VA 89139<br>T:702-721-434<br>diana@clinelegalnv.com | |
| Ron Im Ruangtragool<br>SILA LAWE APC<br>113 n San Vicente Blvd, Suite 381<br>Beverly Hill, CA 90211<br>T:8880807.2550<br>ron@sila.law | Attorneys for AARON GUHIN and RON RUANGTRAGOOL |
| Allison Schmidt<br>NEVADA'S LAWYERS<br>7250 S. Durando Dr. #130-A295<br>Las Vegas, CA 89113<br>T: 702.900.9040<br>allison@nevadaslawyers.com | Attorneys for AARON GUHIN and RON RUANGTRAGOOL |

☒ **(BY ELECTRONIC SERVICE)**: Based on a court order or an agreement of the parties to accept electronic service, by transmitting a true and correct copy of the foregoing document(s) to be sent to the persons at the electronic service addresses set forth above.

☒ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 2, 2026, at Roseville, California.

Lizzett Landa