**FREEMAN MATHIS & GARY, LLP**
William A. Munoz (SBN 191649)
Bill.Munoz@fmglaw.com
2281 Lava Ridge Court, Suite 130
Roseville, California 95661
(916) 272-1423; FAX (833) 297-6235

KEVIN I. KILROY (SBN 350730)
Kevin.Kilroy@fmglaw.com
550 South Hope Street, Suite 2200
Los Angeles, California 90071-2627
(213) 615-7000; FAX (833) 264-2083

*Attorneys for Defendant*
NORTHLAND THEA PORTFOLIO LLC, NORTHLAND THEA LLC, NORTHLAND THEA IV LLC, NORTHLAND THEA PORTFOLIO II, LLC, NORTHLAND THEA PORTFOLIO III, LLC, and MATTHEW GOTTESDIENER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| AARON GUIHN, an individual, and RON RUANGTRAGOOL, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHLAND THEA PORTFOLIO LLC, NORTHLAND THEA LLC, NORTHLAND THEA IV LLC, NORTHLAND THEA PORTFOLIO II, LLC, NORTHLAND THEA PORTFOLIO III, LLC, and MATTHEW GOTTESDIENER,<br><br>Defendants. | Case No. 2:26-cv-03409-HDV-ACCV<br>Assigned to: *Hon. Hernan D. Vera*<br><br>**DECLRATION OF COUNSEL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>*(Filed concurrently with Notice of Motion to Dismiss Portions of Plaintiffs' Complaint; Memorandum of Points and Authorities; [Proposed] Order)*<br><br>Date: December 17, 2026<br>Time: 10:00 a.m.<br>Ctrm: 5B<br><br>Complaint Filed: March 30, 2026<br>Trial Date: None |

I, KEVIN I. KILROY, hereby state and declare as follows:

1. I am an attorney admitted to practice in the United States District Court, Central District of California. I am an Associate Attorney with the law firm Freeman Mathis & Gary LLP, counsel of record for Defendants in this litigation. I submit this Declaration in support of Moving Defendants' Notice of Motion and Motion to Dismiss Portions of Plaintiff's First Amended Complaint ("Motion").

2. The statements herein are of my own personal knowledge, and if called as a witness, I would and could competently testify to them.

3. On March 30, 2026, Plaintiffs filed the instant action. See Dkt. 1.

4. On June 29, 2026, Plaintiffs went in *ex parte* seeking an order extending the time to serve the summons and Complaint. See Dkt. 10.

5. The Court granted the *ex parte* application and extended the time to do so to July 29, 2026. See Dkt. 12.

6. On August 27, 2026, the Court issued an Order to Show Cause re: Dismissal for Lack of Prosecution, ordering Plaintiffs to file their proofs of service no later than September 3, 2026. See Dkt. 23.

7. It was only ***after*** the OSC was issued that Plaintiffs filed the proofs of service, which revealed that Plaintiffs did not attempt to effect service of the summons and complaint until August 28, 2026, and September 1, 2026. See, Dkt. 24, 25.

8. Pursuant to Local Rule 7-3, Moving Defendants attempted to meet and confer with then-counsel of record, Allison R. Schmidt, Esq., by phone, followed by formal written correspondence, dated September 11, 2026. Attached hereto as **Exhibit A** is a true and correct copy of the meet and confer letter.

9. Defense counsel subsequently spoke with Plaintiffs' counsel Allison Schmidt and then Diana Cline, who assumed the role of counsel of record, on more than one occasion, during which the parties agreed to stipulate to a 30-day continuance to Moving Defendants' responsive pleading deadline pursuant to Local

Rule 8-3.

10. On October 13, 3036, Plaintiffs' counsel Diana Cline spoke with me by phone, during which she expressed that Plaintiffs wished to re-file this case in State Court due to diversity issues, subject to agreement from Moving Defendants that all causes of action toll to the time of filing in federal court.

11. On October 15, 2026, I wrote to Ms. Cline to advise that, given Defendants' position that there is no subject matter jurisdiction giving rise to filing in federal court this matter should have been filed in state court from the outset and, therefore, Defendant would not be waiving any statute of limitation arguments should the federal claims be dismissed and re-filed in federal court. Attached as **Exhibit B** is a true and correct copy of the aforementioned correspondence.

12. On Monday, October 19, 2026, Plaintiffs filed their First Amended Complaint, which added new claims, including one for violation of the Sherman Act as the only federal claim alleged in the FAC. See Dkt. 33.

12. On October 28, 2026, pursuant to Local Rule 7-3, the parties engaged in a meet and confer call to discuss the new claims and allegations added to the FAC. I spoke with Plaintiffs' counsel Diana Cline and Plaintiff Ron Ruangtragool, who is acting as local counsel for purposes of Ms. Cline's pro hac vice admission to the Central District. The issue of Plaintiffs' newly plead antitrust claim was discussed at length. Plaintiffs' counsel indicated that Plaintiffs' plan at the time of filing of the original Complaint was to keep the antitrust issue separate and apart from the underlying allegations arising from the leak and resulting conduct alleged in the original complaint. However, counsel acknowledged after my meet and confer efforts where I addressed the lack of diversity jurisdiction, that the antitrust allegations were added to the FAC to give this case federal question jurisdiction and keep this case in federal court.

13. On October 30, 2026, I wrote to Plaintiffs' counsel in a final attempt to meet and confer to express that Plaintiffs cannot retroactively cure the original

absence of subject-matter jurisdiction in the original complaint merely by adding a new jurisdiction-conferring claim. Further, the filing of the FAC fails to follow FRCP 15 as these substantive changes to add new claims and new grounds under federal question jurisdiction were not done with the consent of all parties or through leave of court. At the conclusion of the correspondence, Plaintiffs were asked to dismiss the FAC and file a Second Amended Complaint that addresses only the deficiencies with claims as originally plead in the original Complaint. Attached hereto as **Exhibit C** is a true and correct copy of the follow up meet and confer correspondence.

11. As of the date and time of this filing, Moving Defendants have not received a response from Plaintiffs. Therefore, in an abundance of caution to not waive any of the grounds for dismissal, this filing was necessitated.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on November 2, 2026 at Los Angeles, California.



Kevin I. Kilroy

# EXHIBIT A

FMG LAW
Freeman Mathis & Gary LLP

550 South Hope Street
Suite 2200
Los Angeles, CA 90071-2631
Tel: 213.615.7000
**www.fmglaw.com**

**William A. Muñoz**
**Partner**
D: 916.272-1423
C: 916.730.1580
Bill.Munoz@fmglaw.com

**Kevin I. Kilroy**
**Attorney at Law**
D: 213.615-7024
C: 310.499.8074
Kevin.Kilroy@fmglaw.com

September 11, 2026

Allison R. Schmidt, Esq.
NEVADA'S LAWYERS
7250 S. Durango Drive, Suite 130-A295
Las Vegas, NV 89113
Tel. 702.900.9040
*Email: allison@nevadalawyers.com*

Re: *Aaron Guhin, et al. v. Northland Thea Portfolio LLC, et al.*
Central District of California Case No. 2:26-cv-03409-HDV-ACCV
FMG File No.: Pending

**MEET AND CONFER RE: MOTION TO DISMISS**

Dear Ms. Schmidt:

Please be advised that our firm represents the interests of Defendants Northland Thea Portfolio LLC, Northland Thea LLC, Northland Thea IV LLC, Northland Thea Portfolio II, LLC, Northland Thea Portfolio III, LLC, and Matthew Gottesdiener ("Moving Defendants") in the above-referenced matter. Following attempts to meet and confer by telephone, which were unsuccessful, please allow this letter to serve as a good faith effort under Local Rules of the Central District of California to meet and confer regarding a motion to dismiss that Moving Defendants intend to file against Plaintiffs' Complaint.

The Moving Defendants presently intend to seek dismissal under Federal Rules of Civil Procedure 12(b)(5) and 12(b)(6) on the following grounds:

1. **Insufficient Service of Process** (FRCP 12(b)(5) and 4(m)).

Plaintiffs' Complaint was filed on March 30, 2026. Under Rule 4(m), Plaintiffs had to serve the Summons and Complaint on the Moving Defendants on or before June 29, 2026. On June 29, 2026, Plaintiffs went in *ex parte* seeking an order extending the time to serve the summons and

complaint on the defendants. The Court granted the *ex parte* application and extended the time to do so to July 29, 2026.

However, Plaintiffs again failed to effect service on Moving Defendants before the deadline, and accordingly, on August 27, 2026, the Court issued an Order to Show Cause re: Dismissal for Lack of Prosecution, ordering Plaintiffs to file their proofs of service no later than September 3, 2026. It was only at that point that Plaintiffs served Moving Defendants, on August 28, 2026 and September 1, 2026.

The delayed attempt to effect service following the August 27 OSC does not excuse Plaintiffs' failure to adhere to the Court's prior Order extending the service deadline to July 29, 2026, and further does not excuse Plaintiff's failure to adhere to the Court's Standing Order requiring compliance with FRCP 4 and Local Rule 5-3.

2. **Lack of Jurisdiction** (FRCP 12(b)(1))

The Court lacks jurisdiction because there is no complete diversity. When determining diversity jurisdiction for an entity, the Court looks at the domicile of partners or members of the entities to determine whether there is complete diversity, which is not the case here. For the purposes of meet and confer, we will represent to you that Lawrence Gottesdiener, who is a 7.56% partner in Northland Fund IV, L.P., which owns Northland Thea IV, LLC is a California resident. Larry Gottesdiener also has a 65.925% membership interest in Northland Portfolio Partners, LLC, which owns Northland Portfolio, L.P. Northland Portfolio, L.P. owns Northland Thea Portfolio, LLC, Northland Thea Portfolio II, LLC, and Northland Thea Portfolio III, LLC. Therefore, the Court lacks jurisdiction and this case must be dismissed from federal court.

3. **Improper Party in Mr. Gottesdiener**

The Complaint fails to allege any facts establishing that Defendant Gottesdiener participated in the acts alleged. Accordingly, Plaintiff has failed to state any claims against Defendant Gottesdiener upon which relief may be granted under Rule 12(b)(6). Consequently, we request that you voluntarily dismiss Mr. Gottesdiener from the Complaint.

3. **Statutory Issues**

Upon information and belief, Plaintiffs moved out of the Subject Premises on September 19, 2023, and Plaintiffs' Complaint was filed on March 30, 2026, thus making Plaintiffs' negligence claims time barred by the applicable two-year statute of limitations.

4. **Fraudulent Concealment**

Plaintiffs' sixth cause of action alleges insufficient facts to support allegations of concealment. *See*, CACI 1901. Accordingly, Plaintiffs have failed to state a claim upon which relief can be granted as to the sixth cause of action. Therefore, Defendants request that Plaintiffs dismiss the sixth cause of action and if not, will move to dismiss under FRCP 12(b)(6).

FMG LAW Freeman Mathis & Gary LLP



5. **Punitive Damages**

Under California law, punitive damages may be awarded only when there is clear and convincing evidence that the defendant acted with "oppression, fraud, or malice." Cal. Civ. Code § 3294(a). However, corporate employers and businesses, such as the Northland Defendants, may not be held liable for punitive damages unless a "officer, director, or managing agent of the corporation" (1) had advance knowledge of an employee's oppressive, fraudulent or malicious acts and continued to employ them, or (2) ratified, authorized, or personally committed an act of oppression, fraud, or malice. Id. § 3294(b).

Here, Plaintiff specifically alleges conduct giving rise to punitive damages under the 2nd, 6th, 8th, 11th, and 13th causes of action. However, Plaintiffs identify only "Defendants" rather than specific officers, directors, or managing agents of any of the Northland Defendants who had knowledge of the alleged conduct or ratified the alleged conduct. Further, the aforementioned causes of action are supported by nothing more than boilerplate allegations:

- "Defendants' conduct was knowing and willful, entitling Plaintiff to statutory penalties, attorneys' fees where authorized, and all other available relief." Compl. at 8:11-12.
- "Defendants' conduct was intentional, fraudulent, and carried out with malice, oppression, and fraud, entitling Plaintiff to punitive damages." Compl. at 11:8-9.
- "Defendants' conduct was willful, oppressive, and carried out with conscious disregard of Plaintiff's rights, entitling Plaintiffs to punitive damages." Compl. at 12:13-14, 14:27-28.
- "Defendants' conduct was willful, oppressive, and in bad faith, entitling Plaintiff to all available remedies." Compl. at 17:4-5.

Ultimately, Plaintiffs failed to allege that any officer, director and/or managing agent ratified any alleged misconduct. As such, Plaintiffs' request for punitive damages fails as a matter of law.

**Request for Further Meet and Confer**

As several of these defects appear on the fact of the Complaint and would be difficult to cure by further amendment, the Moving Defendants believe motion practice is likely necessary. However, we remain willing to discuss whether any of the foregoing issues can be resolved or narrowed, including by stipulation or amendment, so as to avoid motion practice, if possible.

Accordingly, please let me know your availability to confer by telephone or video conference on or before Monday, September 14, 2026. If we do not hear from you prior to 5:00 p.m. Pacific Time on September 14, 2026, the Moving Defendants will proceed with their Motion on the above grounds.

FMG LAW Freeman Mathis & Gary LLP



Thank you for your continued courtesy and cooperation. Should you have any questions or concerns, please feel free to contact me at (213) 615-7024 or via email at Kevin.Kilroy@fmglaw.com. Alternatively, you can reach the handling partner Bill Munoz at (916) 272-1423 or via email at Bill.Munoz@fmglaw.com.

Very truly yours,

FREEMAN MATHIS & GARY, LLP

WILLIAM A. MUÑOZ
KEVIN I. KILROY

KIK:BM

# EXHIBIT B

**Lizzett Landa**

**From:** Kevin Kilroy
**Sent:** Thursday, October 15, 2026 2:13 PM
**To:** Diana Cline
**Cc:** Tiana Monroy; Elsa Magana; Bill Munoz; Lizzett Landa; Cristina Flores
**Subject:** RE: Proposed Orders (Confirmation): 2:26-cv-03409-HDV-ACCV

Good afternoon, Diana:

Thank you for the call the other day. We have considered your request for agreement that all causes of action re-filed in state court will toll back to the time of filing in federal court. Given that there is no subject matter jurisdiction giving rise to filing in federal court, this case should have been filed in state court from the start. Therefore, we cannot agree to tolling back.

Please let us know by 12:00 p.m. PT tomorrow (10/16) as to whether Plaintiffs will be re-filing their Complaint in state court alleging timely causes of action only. If we do not receive confirmation by that date/time, we will proceed with filing our Motion to Dismiss.

Thank you,

**Kevin Kilroy**
Attorney at Law
**Freeman Mathis & Gary, LLP**
**550 South Hope Street | Suite 2200 | Los Angeles, CA 90071-2631**
**Tel: 213-615-7024 | Cell: 310-499-8074**
Email: Kevin.Kilroy@fmglaw.com
www.fmglaw.com | Bio | See Where We Are

FMG LAW Freeman Mathis & Gary LLP When It Counts

Please read this important notice and confidentiality statement

**From:** Kevin Kilroy
**Sent:** Thursday, October 8, 2026 9:12 AM
**To:** 'Diana Cline' <diana@clinelegalnv.com>
**Cc:** Tiana Monroy <staff@clinelegalnv.com>; Elsa Magana <elsa@clinelegalnv.com>; Bill Munoz <Bill.Munoz@fmglaw.com>; Lizzett Landa <Lizzett.Landa@fmglaw.com>; Cristina Flores <Cristina.Flores@fmglaw.com>
**Subject:** RE: Proposed Orders (Confirmation): 2:26-cv-03409-HDV-ACCV

Hi Diana,

Are you available to continue our meet and confer efforts this Friday? Please let me know your availability.

Thank you,

**Kevin Kilroy**
Attorney at Law
**Freeman Mathis & Gary, LLP**
**550 South Hope Street | Suite 2200 | Los Angeles, CA 90071-2631**
**Tel: 213-615-7024 | Cell: 310-499-8074**
Email: Kevin.Kilroy@fmglaw.com
www.fmglaw.com | Bio | See Where We Are

FMG LAW Freeman Mathis & Gary LLP When It Counts

Please read this important notice and confidentiality statement

---

**From:** Diana Cline <diana@clinelegalnv.com>
**Sent:** Monday, September 21, 2026 7:41 PM
**To:** Kevin Kilroy <Kevin.Kilroy@fmglaw.com>
**Cc:** Tiana Monroy <staff@clinelegalnv.com>; Elsa Magana <elsa@clinelegalnv.com>
**Subject:** Fw: Proposed Orders (Confirmation): 2:26-cv-03409-HDV-ACCV

ⓘ External email ❯

Get Outlook for iOS

---

**From:** noreply@ao.uscourts.gov <noreply@ao.uscourts.gov>
**Sent:** Monday, 21 September 2026 09:51:44
**To:** Diana Cline <diana@clinelegalnv.com>; Diana Cline <diana@clinelegalnv.com>
**Subject:** Proposed Orders (Confirmation): 2:26-cv-03409-HDV-ACCV

## Thank you for submitting Proposed Order documents for Case: 2:26-cv-03409-HDV-ACCV

---

## Files you attached:

29.pdf

29-1.pdf

Proposed_Order_Stipulation_LR_8-3.docx

United States District Court, Central District of California.

# EXHIBIT C

## Lizzett Landa

**From:** Kevin Kilroy
**Sent:** Friday, October 30, 2026 5:26 PM
**To:** Diana Cline; Bill Munoz; Lizzett Landa; Cristina Flores
**Cc:** Elsa Magana; Tiana Monroy; Ron Ruangtragool, Esq.
**Subject:** RE: Activity in Case 2:26-cv-03409-HDV-ACCV Aaron Guihn, et al., v. Northland Thea Portfolio LLC, et al. Amended Complaint/Petition

Hi Diana,

As I mentioned on our call, when we agreed to allow Plaintiff to file an FAC to address the deficiencies outlined in our original meet and confer, we were not under the impression that Plaintiffs planned to file an FAC with new causes of action, including a completely unrelated anti-trust cause of action. As you and Mr. Ruangtragool indicated in our call earlier this week, Plaintiffs' plan at the time of filing of the original Complaint was to keep the anti-trust issue separate and apart from the underlying allegations arising from the leak and resulting conduct alleged in the original complaint. Now, as you both stated on the call, it was only after our meet and confers regarding the original complaint where we addressed the lack of diversity jurisdiction, that the anti-trust allegations were added to the FAC in order, as you represented it, to give this case federal question jurisdiction and keep this case in federal court.

Plaintiff cannot retroactively cure the original absence of subject-matter jurisdiction merely by adding a new jurisdiction-conferring claim. Further, the filing of the FAC fails to follow FRCP 15 as these substantive changes to add new causes of action and new grounds under federal question jurisdiction were not done with the consent of all parties and not sought through leave of court.

Therefore, should Plaintiff not agree to dismiss the FAC by 12:00 p.m. on Monday, November 2, 2026, our office will proceed with filing a motion to dismiss the FAC pursuant to FRCP 12(b)(1), 12(b)(5), and 12(b)(6).

Thank you,

**Kevin Kilroy**
Attorney at Law
**Freeman Mathis & Gary, LLP**
**550 South Hope Street | Suite 2200 | Los Angeles, CA 90071-2631**
**Tel: 213-615-7024 | Cell: 310-499-8074**
Email: Kevin.Kilroy@fmglaw.com
www.fmglaw.com | Bio | See Where We Are
FMG LAW Freeman Mathis & Gary LLP When It Counts

Please read this important notice and confidentiality statement

---

**From:** Diana Cline <diana@clinelegalnv.com>
**Sent:** Thursday, October 29, 2026 11:52 PM

**To:** Kevin Kilroy <Kevin.Kilroy@fmglaw.com>; Bill Munoz <Bill.Munoz@fmglaw.com>; Lizzett Landa <Lizzett.Landa@fmglaw.com>; Cristina Flores <Cristina.Flores@fmglaw.com>
**Cc:** Elsa Magana <elsa@clinelegalnv.com>; Tiana Monroy <staff@clinelegalnv.com>; Ron Ruangtragool, Esq. <ron@sila.law>
**Subject:** Re: Activity in Case 2:26-cv-03409-HDV-ACCV Aaron Guihn, et al., v. Northland Thea Portfolio LLC, et al. Amended Complaint/Petition

ⓘ External email ❯

- [2] Civil Cover Sheet - Aaron & Ron.pdf
- [4] Notice to Parties of Court Directed ADR Program - Aaron & Ron.pdf
- [7] Civil Standing Order - Aaron & Ron.pdf
- [33] First Amended Complaint for Damages and Related Relief - Aaron & Ron.pdf
- [33-1] Exhibit A - Aaron & Ron.pdf
- [41] SUMM of FAC Greystar California - Aaron & Ron.pdf
- [42] SUMM of FAC Greystar Real Estate Partners - Aaron & Ron.pdf
- [43] SUMM of FAC Greystar Management Services - Aaron & Ron.pdf

**Diana S. Cline, Esq.**
**Cline Legal Solutions LLC**
7625 Dean Martin Drive, Suite 115
Las Vegas, NV 89139
(702) 790-0525
diana@clinelegalnv.com

---

**From:** Kevin Kilroy <Kevin.Kilroy@fmglaw.com>
**Sent:** Thursday, October 29, 2026 1:42 PM
**To:** Diana Cline <diana@clinelegalnv.com>; Bill Munoz <Bill.Munoz@fmglaw.com>; Lizzett Landa <Lizzett.Landa@fmglaw.com>; Cristina Flores <Cristina.Flores@fmglaw.com>
**Cc:** Elsa Magana <elsa@clinelegalnv.com>; Tiana Monroy <staff@clinelegalnv.com>
**Subject:** RE: Activity in Case 2:26-cv-03409-HDV-ACCV Aaron Guihn, et al., v. Northland Thea Portfolio LLC, et al. Amended Complaint/Petition

Hi Diana,

Thanks for the call this afternoon. Confirming in writing that our office has authority to accept e-service of the FAC on behalf of Greystar defendants.

Thank you,

**Kevin Kilroy**
Attorney at Law
**Freeman Mathis & Gary, LLP**
**550 South Hope Street | Suite 2200 | Los Angeles, CA 90071-2631**
**Tel: 213-615-7024 | Cell: 310-499-8074**
Email: Kevin.Kilroy@fmglaw.com

www.fmglaw.com | Bio | See Where We Are

Freeman Mathis & Gary LLP
When It Counts
Please read this important notice and confidentiality statement

---

**From:** Diana Cline <diana@clinelegalnv.com>
**Sent:** Tuesday, October 27, 2026 6:22 PM
**To:** Kevin Kilroy <Kevin.Kilroy@fmglaw.com>; Bill Munoz <Bill.Munoz@fmglaw.com>; Lizzett Landa <Lizzett.Landa@fmglaw.com>; Cristina Flores <Cristina.Flores@fmglaw.com>
**Cc:** Elsa Magana <elsa@clinelegalnv.com>; Tiana Monroy <staff@clinelegalnv.com>
**Subject:** Re: Activity in Case 2:26-cv-03409-HDV-ACCV Aaron Guihn, et al., v. Northland Thea Portfolio LLC, et al. Amended Complaint/Petition

Sounds great!

Get Outlook for iOS

---

**From:** Kevin Kilroy <Kevin.Kilroy@fmglaw.com>
**Sent:** Tuesday, 27 October 2026 18:21:06
**To:** Diana Cline <diana@clinelegalnv.com>; Bill Munoz <Bill.Munoz@fmglaw.com>; Lizzett Landa <Lizzett.Landa@fmglaw.com>; Cristina Flores <Cristina.Flores@fmglaw.com>
**Cc:** Elsa Magana <elsa@clinelegalnv.com>; Tiana Monroy <staff@clinelegalnv.com>
**Subject:** RE: Activity in Case 2:26-cv-03409-HDV-ACCV Aaron Guihn, et al., v. Northland Thea Portfolio LLC, et al. Amended Complaint/Petition

I can do 3PM tomorrow.

Thank you,

**Kevin Kilroy**
Attorney at Law
**Freeman Mathis & Gary, LLP**
**550 South Hope Street | Suite 2200 | Los Angeles, CA 90071-2631**
**Tel: 213-615-7024 | Cell: 310-499-8074**
Email: Kevin.Kilroy@fmglaw.com
www.fmglaw.com | Bio | See Where We Are

Freeman Mathis & Gary LLP
When It Counts
Please read this important notice and confidentiality statement

---

**From:** Diana Cline <diana@clinelegalnv.com>
**Sent:** Tuesday, October 27, 2026 4:14 PM
**To:** Kevin Kilroy <Kevin.Kilroy@fmglaw.com>; Bill Munoz <Bill.Munoz@fmglaw.com>; Lizzett Landa <Lizzett.Landa@fmglaw.com>; Cristina Flores <Cristina.Flores@fmglaw.com>

**Cc:** Elsa Magana <elsa@clinelegalnv.com>; Tiana Monroy <staff@clinelegalnv.com>
**Subject:** Re: Activity in Case 2:26-cv-03409-HDV-ACCV Aaron Guihn, et al., v. Northland Thea Portfolio LLC, et al. Amended Complaint/Petition

Hi Kevin,

Does tomorrow morning between 7 am-8 am or afternoon between 3pm- 6pm pacific work for you?

**Diana S. Cline, Esq.**
**Cline Legal Solutions LLC**
7625 Dean Martin Drive, Suite 115
Las Vegas, NV 89139
(702) 790-0525
diana@clinelegalnv.com

---

**From:** Kevin Kilroy <Kevin.Kilroy@fmglaw.com>
**Sent:** Monday, October 26, 2026 5:58 PM
**To:** Diana Cline <diana@clinelegalnv.com>; Bill Munoz <Bill.Munoz@fmglaw.com>; Lizzett Landa <Lizzett.Landa@fmglaw.com>; Cristina Flores <Cristina.Flores@fmglaw.com>
**Cc:** Elsa Magana <elsa@clinelegalnv.com>; Tiana Monroy <staff@clinelegalnv.com>
**Subject:** Re: Activity in Case 2:26-cv-03409-HDV-ACCV Aaron Guihn, et al., v. Northland Thea Portfolio LLC, et al. Amended Complaint/Petition

Hi Diana,

We'd like to set up a call to discuss the allegations made in the FAC, including the new COA giving rise to the federal question jurisdiction. I've been advised that the THEA property does not use LRO, AIRM, or Yieldstar.

Please let me know what dates/times you have available this week to discuss further.

Thank you,

**Kevin Kilroy**
Attorney at Law
**Freeman Mathis & Gary, LLP**
**550 South Hope Street | Suite 2200 | Los Angeles, CA 90071-2631**
**Tel: 213-615-7024 | Cell: 310-499-8074**
Email: Kevin.Kilroy@fmglaw.com
www.fmglaw.com | Bio | See Where We Are

FMG LAW
Freeman Mathis & Gary LLP
When It Counts
Please read this important notice and confidentiality statement

---

**From:** Diana Cline <diana@clinelegalnv.com>
**Sent:** Monday, 26 October 2026 17:42:14

**To:** Kevin Kilroy <Kevin.Kilroy@fmglaw.com>; Bill Munoz <Bill.Munoz@fmglaw.com>; Lizzett Landa <Lizzett.Landa@fmglaw.com>; Cristina Flores <Cristina.Flores@fmglaw.com>
**Cc:** Elsa Magana <elsa@clinelegalnv.com>; Tiana Monroy <staff@clinelegalnv.com>
**Subject:** Re: Activity in Case 2:26-cv-03409-HDV-ACCV Aaron Guihn, et al., v. Northland Thea Portfolio LLC, et al. Amended Complaint/Petition

Hi Kevin,

We intend to file a request to update the docket with the correct spelling of Aaron Guhin's last name, as well as reflecting the jurisdictional basis and nature of the suit. **Do you have any position on the request?**

Plaintiffs Aaron Guhin and Ron Ruangtragool ("Plaintiffs") request an order directing the Clerk to correct the following entries in the Court's electronic docket. Each correction conforms the docket to the pleadings on file. None affects any party's substantive rights.

**1. Plaintiff's name.** The docket identifies the first-named Plaintiff as "Aaron Guihn," and the case title reads "Aaron Guihn, et al. v. Northland Thea Portfolio LLC, et al." The correct spelling is "Aaron Guhin." The caption of the original Complaint (Dkt. 1) and of the First Amended Complaint (Dkt. 33 at 1) both spell his name "Guhin." So does the Court's order granting pro hac vice admission (Dkt. 27). The variant spelling appears to have entered the docket when the case was opened on March 30, 2026. (Cline Decl. ¶ 3.)

**2. Jurisdictional basis.** The docket lists the cause as "28:1332 Diversity-Other Contract" and the jurisdiction as "Diversity." The First Amended Complaint invokes federal-question jurisdiction under 28 U.S.C. sections 1331 and 1337(a) over the First Claim, which arises under Section 1 of the Sherman Act, 15 U.S.C. section 1, and supplemental jurisdiction under 28 U.S.C. section 1367(a) over the remaining claims. (Dkt. 33 ¶¶ 11–12.) Plaintiffs request that the docket be updated to reflect federal-question jurisdiction.

3. **Nature of suit.** The docket lists the nature of suit as “190 Contract: Other.” Because the First Claim arises under the Sherman Act (Dkt. 33 ¶ 11), Plaintiffs request that the docket be updated to reflect nature of suit “410 Antitrust.”

**Diana S. Cline, Esq.**
**Cline Legal Solutions LLC**
7625 Dean Martin Drive, Suite 115
Las Vegas, NV 89139
(702) 790-0525

diana@clinelegalnv.com

---

**From:** Diana Cline <diana@clinelegalnv.com>
**Sent:** Monday, October 19, 2026 6:40 PM
**To:** Kevin Kilroy <kevin.kilroy@fmglaw.com>; Bill Munoz <bill.munoz@fmglaw.com>; Lizzett Landa <lizzett.landa@fmglaw.com>; Cristina Flores <cristina.flores@fmglaw.com>
**Cc:** Elsa Magana <elsa@clinelegalnv.com>; Tiana Monroy <staff@clinelegalnv.com>
**Subject:** Fw: Activity in Case 2:26-cv-03409-HDV-ACCV Aaron Guihn, et al., v. Northland Thea Portfolio LLC, et al. Amended Complaint/Petition

Hi Kevin,

See attached!

**Diana S. Cline, Esq.**
**Cline Legal Solutions LLC**
7625 Dean Martin Drive, Suite 115
Las Vegas, NV 89139
(702) 790-0525
diana@clinelegalnv.com

---

**From:** cacd_ecfmail@cacd.uscourts.gov <cacd_ecfmail@cacd.uscourts.gov>
**Sent:** Monday, October 19, 2026 6:37 PM
**To:** ecfnef@cacd.uscourts.gov <ecfnef@cacd.uscourts.gov>
**Subject:** Activity in Case 2:26-cv-03409-HDV-ACCV Aaron Guihn, et al., v. Northland Thea Portfolio LLC, et al. Amended Complaint/Petition

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

## Notice of Electronic Filing

The following transaction was entered by Cline, Diana on 10/19/2026 at 6:37 PM PDT and filed on 10/19/2026

| | |
|---|---|
| **Case Name:** | Aaron Guihn, et al., v. Northland Thea Portfolio LLC, et al. |
| **Case Number:** | 2:26-cv-03409-HDV-ACCV |
| **Filer:** | Ron Ruangtragool |
| | Aaron Guihn |

**Document Number:** 33

**Docket Text:**
**FIRST AMENDED COMPLAINT against DEFENDANT Northland Investment Corporation, Greystar California, Inc., Greystar Real Estate Partners, LLC, GREYSTAR MANAGEMENT SERVICES, LLC amending Complaint (Attorney Civil Case Opening), [1], filed by Plaintiff Ron Ruangtragool, Aaron Guihn (Attachments: # (1) Exhibit A)(Cline, Diana)**

**2:26-cv-03409-HDV-ACCV Notice has been electronically mailed to:**

Allison R. Schmidt allison@nevadaslawyers.com

Diana S. Cline diana@clinelegalnv.com

Ron Im Ruangtragool ron@sila.law

**2:26-cv-03409-HDV-ACCV Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\First Amended Complaint_Guhin.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/19/2026] [FileNumber=43844296-0] [3cb479f0e66bd91194af82f37f3c7118cc53b5844fb6f49e6bcc110ed1d3a8bd3d06ad3934b05e20db67390e3475ec641cd67541ae20f0d4e3d268cf6fd7a290]]
**Document description:**Exhibit A
**Original filename:**C:\fakepath\02_Exhibit_A_Final_Approval_Order_ECF_1619.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/19/2026] [FileNumber=43844296-1] [a7893073a26748f44c884c30947062f5b39b86a5a612013c6f7959f93b43ce1eee95577f1bbfe484742fe540640732971cf42e1156735fd8139e5ddd9e5fee11]]

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF PLACER

I am employed in the County of Placer, State of California. I am over the age of 18 and not a party to the within action; my business address is 2281 Lava Ridge Court, Roseville, CA 95661, and my electronic service address is lizzett.landa@fmglaw.com.

On November 2, 2026, I served the foregoing document(s) entitled: **DECLRATION OF COUNSEL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

on interested parties in this action as follows:

| | |
|---|---|
| Diana S. Cline<br>CLINE LEGAL SOLUTIONS<br>7625 Dean Martin Drive, Suite 115<br>Las Vegas, VA 89139<br>T:702-721-434<br>diana@clinelegalnv.com | |
| Ron Im Ruangtragool<br>SILA LAWE APC<br>113 n San Vicente Blvd, Suite 381<br>Beverly Hill, CA 90211<br>T:8880807.2550<br>ron@sila.law | Attorneys for AARON GUHIN and RON RUANGTRAGOOL |
| Allison Schmidt<br>NEVADA'S LAWYERS<br>7250 S. Durando Dr. #130-A295<br>Las Vegas, CA 89113<br>T: 702.900.9040<br>allison@nevadaslawyers.com | Attorneys for AARON GUHIN and RON RUANGTRAGOOL |

☒ **(BY ELECTRONIC SERVICE)**: Based on a court order or an agreement of the parties to accept electronic service, by transmitting a true and correct copy of the foregoing document(s) to be sent to the persons at the electronic service addresses set forth above.

☒ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 2, 2026, at Roseville, California.

Lizzett Landa

Freeman Mathis
& Gary, LLP
Attorneys at Law